

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 7, 2008

BY FAX

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

# MEMORANDUM ENDORSED

Re: Emma Nunez v. Astrue
    08 Civ. 3795 (RJH) (GWG)

Dear Judge Gorenstein:

The Government's answer in the above-referenced Social Security case is due July 14, 2008. We write respectfully to request that the time to answer or move with respect to the complaint be adjourned for 60 days, until September 12, 2008. The reason for this request is that we have not yet received the administrative record which must be filed with the answer. We attempted to obtain the consent of plaintiff, who is proceeding pro se, to this request, but she did not respond to our June 17, 2008 letter, and she did not return a telephone message left for her on July 3, 2008. No prior adjournment of the answer date has been requested. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  SUSAN D. BAIRD
     Assistant United States Attorney
     tel. (212) 637-2713
     fax (212) 637-2750

Granted
No further extension
absent formal motion.

SO ORDERED: DATE: 7/10/08

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE